# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ESCOBEDO,** | 1:15-cv-394-LJO-SMS |
| **Plaintiff,** | **ORDER RE STIPULATION TO DISMISS (DOC. 11)** |
| v. | |
| **PREFERED AUTO BODY & PAINT, INC., et al.,** | |
| **Defendants.** | |

On June 19, 2015, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 11 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1.  DISMISSES with prejudice this entire action and all claims;

2.  VACATES all pending dates and matters; and

3.  DIRECTS the Clerk of Court to close this action.

Pursuant to the parties' stipulation, each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

 Dated:  **July 2, 2015**            /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE

1